■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL RIOS, Appellant.— Appeal (1) from a judgment of conviction rendered by the County Court, Kings County, and (2) from every intermediate order therein made. Appellant, having waived a trial by jury, was found guilty, by the court, of vehicular homicide (Penal Law, § 1053-a), and was sentenced to serve from one to two years, and to pay a fine of $500 or to serve six months. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed upon the appeal from the judgment. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES F. COTTER, Appellant, against MARY KAYTIS, Respondent.— Appeal from an order (1) dismissing a writ of habeas corpus, (2) determining that the sole custody of the three children, for whose production the writ was issued, be awarded to respondent, their mother, and (3) denying appellant, the children's father, the right of any visitation. Order affirmed, with costs, and without prejudice to an application by appellant after one year from the entry of the order hereon, if he be so advised, for reasonable rights of visitation. Nolan, P. J., Beldock and Ughetta, JJ., concur; Kleinfeld, J., concurs in the affirmance of the order insofar as it dismisses the writ and awards custody of the children to respondent, but dissents insofar as the order denies visitation rights to appellant and votes to modify the order so as to grant appellant reasonable rights of visitation, with the following memorandum: The right of visitation may not be withheld from a father unless he has forfeited it by his conduct, or unless it would harm the child (*People ex rel. Halvey* v. *Halvey*, 185 Misc. 52, affd. 269 App. Div. 1019, affd. 295 N. Y. 836). In my opinion, the *proof* in this proceeding does not sustain the denial of visitation. There is no showing that visitation would harm the children or that it is sought in bad faith. Nor is the proof sufficient to establish that appellant by his conduct has forfeited all right of visitation.

■ GILDA RINALDI, Appellant, v. GEORGE MAURER, Respondent.— In an action to recover damages for personal injuries, the appeal is from an order which denied a motion for summary judgment striking out the answer, and for an assessment of damages. The motion was denied upon the ground that there was a clear issue of fact as to respondent's liability. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.